GRUENDER, Circuit Judge,
concurring in the judgment.
I concur in the judgment, and I join the court’s opinion except with respect to the *1017 final paragraph in Section II.B. I continue to believe that Engelmann failed to present sufficient evidence to require an evi-dentiary hearing at the time the district court took up his motion for a new trial, and regardless what we now know in hindsight, “[a]n appellate court can properly consider only the record and facts before the district court.” See Huelsman v. Civic Ctr. Corp., 873 F.2d 1171, 1175 (8th Cir.1989); see also Fed. R.App. P. 10(a); United States v. Drefke, 707 F.2d 978, 983 (8th Cir.1983) (per curiam). Accordingly, I continue to believe that the district court correctly denied Engelmann’s motion for a new trial without a hearing for the reasons stated in my dissent from the court’s prior opinion in this matter. See United States v. Engelmann, 701 F.3d 874, 879-883 (8th Cir.2012) (Gruender, J., dissenting).